**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02176-REB-CBS

LORENZO SMITH,

    Plaintiff,

v.

APX LOGISTICS, INC.,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the Magistrate Judge's **Recommendation of United States Magistrate Judge** [#12], filed May 3, 2006. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

(1) That the **Recommendation of United States Magistrate Judge** [#12], filed May 3, 2006, is **APPROVED AND ADOPTED** as an order of this court; and

(2) That plaintiff's **Title VII and 42 U.S.C. § 1981 Complaint and Jury Demand**

---

[1] This standard pertains even though plaintiff is proceeding *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

[#1], filed October 28, 2005, **IS DISMISSED WITHOUT PREJUDICE** for failure to show cause and failure to timely serve Defendant.

Dated May 30, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**